390 A.2d 299

Commonwealth v. Walker, Appellant.

Argued March 27, 1978. Gilbert E. Toll, for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

390 A.2d 299

Commonwealth v. Wallace, Appellant.

Argued March 20, 1978. William A. Fitzpatrick, for appellant; S. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.